CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall, Suite 750
Sacramento, CA 95814-4508
Telephone: (916) 333-2222
Facsimile: (916) 273-8956
Attorney for Defendant
Eirwin F. Selby, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, <br><br> Plaintiff, <br><br> v. <br><br> EIRWIN F. SELBY, INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 3:19-CV-02433-JCS <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 28, 2019     CENTER FOR DISABILITY ACCESS

                           By: /s/ Amanda Lockhart Seabock
                           _____Amanda Lockhart Seabock
                           Attorneys for Plaintiff

Dated: August 28, 2019     LAW OFFICE OF RICK MORIN, PC

                           By: /s/ Richard Morin
                           Richard Morin
                           Attorneys for Defendant
                           Eirwin F. Selby, Inc.

Dated: August 29, 2019

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable Richard Morin, counsel for Eirwin F. Selby, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: August 28, 2019           CENTER FOR DISABILITY ACCESS

                                    By: /s/ Amanda Lockhart Seabock
                                           Amanda Lockhart Seabock
                                             Attorneys for Plaintiff